able within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–881.  IN RE DISBARMENT OF SHOEMAKER.  It is ordered that Daniel W. Shoemaker, of Taneytown, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–882.  IN RE DISBARMENT OF TIERNEY.  It is ordered that Thomas W. Tierney, of Kansas City, Mo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–883.  IN RE DISBARMENT OF SINGER.  It is ordered that Barry H. Singer, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–884.  IN RE DISBARMENT OF SANNA.  It is ordered that Richard J. Sanna, of Bethpage, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–885.  IN RE DISBARMENT OF SANDERS.  It is ordered that Sheldon Joel Sanders, of Lido Beach, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 88–2041.  SISSON v. RUBY ET AL.  C. A. 7th Cir.  [Certiorari granted, 493 U. S. 1055.]  Motions of American Auto, Inc., and Maritime Law Association of the United States for leave to file briefs as *amici curiae* granted.

No. 88–2109.  KANSAS ET AL. v. UTILICORP UNITED INC. C. A. 10th Cir.  [Certiorari granted *sub nom. Kansas* v. *Kansas Power & Light Co.*, 493 U. S. 1041.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.